No. 83–1364.   ZILG v. PRENTICE-HALL, INC.   C. A. 2d Cir. Certiorari denied.

No. 83–1375.   AKIN ET AL. v. DAHL.   Sup. Ct. Tex.   Certiorari denied.

No. 83–1379.   DIAMOND M DRILLING CO. ET AL. v. CASON. Ct. App. La., 1st Cir.   Certiorari denied.

No. 83–1380.   O'QUINN v. WHITNEY NATIONAL BANK OF NEW ORLEANS.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 83–1390.   BROWN v. BROWN.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 83–1399.   PECINA v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–1408.   TONER, JUDGE, JUVENILE COURT v. OHIO EX REL. CODY.   Sup. Ct. Ohio.   Certiorari denied.

No. 83–1410.   OLIVERA-CHIRINO ET AL. v. UNITED STATES;
No. 83–1425.   MARINO v. UNITED STATES;
No. 83–1428.   VALDES v. UNITED STATES; and
No. 83–1530.   MULE-VASQUEZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 721 F. 2d 311.

No. 83–1411.   LUNATI ET AL. v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 83–1412.   CITY OF CAMBRIDGE, MASSACHUSETTS v. MESERVE ET AL., REORGANIZATION TRUSTEES OF THE BOSTON & MAINE CORP.   C. A. 1st Cir.   Certiorari denied.

No. 83–1424.   BROCK v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–1436.   WHITE v. INTERNATIONAL TELEPHONE & TELE-GRAPH CORP. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–1483.   SHEPHERD v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.